IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **VICTOR LEE DOZIER, also** )<br>**known as Victor Dozier Bey** )<br>**A.R.R.,** )<br>   )<br>   **Plaintiff,** )<br>   )<br>   v.   )<br>   )<br>**COMMISSIONER: JEFFERSON S.** )<br>**DUNN, et al.,** )<br>   )<br>   **Defendants.** ) | CIVIL ACTION NO.<br>2:15cv681-MHT<br>(WO) |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) The plaintiff's motion for a preliminary injunction (doc. no. 2) is denied.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 30th day of November, 2015.**

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**